# **EXHIBIT A**

## Summary of Preferential Transfers

| DATE | AMOUNT |
|---|---|
| 8/27/2019 | $19,187.50 |
| 9/5/2019 | $13,275.00 |
| **TOTAL** | **$32,462.50** |

LEGAL\54241021\1