# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| SIENNA BIOPHARMACEUTICALS, INC., | Case No. 19-12051 (MFW) |
| Debtor. | |
| JEOFFREY L. BURTCH, not individually, but solely in his capacity as chapter 7 trustee for the bankruptcy estate of Sienna Biopharmaceuticals, Inc., | |
| Plaintiff, | |
| v. | |
| ADELPHI VALUES LLC, | Adv. Pro. No. 21-51171-MFW |
| ANDERSONBRECON INC. d/b/a PCI PHARMA SERVICES, | Adv. Pro. No. 21-51164-MFW |
| CANFIELD SCIENTIFIC, INC., | Adv. Pro. No. 21-51169-MFW |
| COSMETIC LASER DERMATOLOGY, INC., | Adv. Pro. No. 21-51162-MFW |
| CPA GLOBAL LIMITED, | Adv. Pro. No. 21-51168-MFW |
| INNOVADERM RESEARCH INC., | Adv. Pro. No. 21-51170-MFW |
| KAISER ASSOCIATES, INC., | Adv. Pro. No. 21-51166-MFW |
| KNOBBE MARTENS OLSON & BEAR LLP, | Adv. Pro. No. 21-51172-MFW |
| MAPI LIFE SCIENCES CANADA INC., | Adv. Pro. No. 21-51173-MFW |
| PAY GOVERNANCE LLC, | Adv. Pro. No. 21-51165-MFW |
| SKIN LASER & SURGERY SPECIALISTS OF New York & New Jersey, L.L.C., | Adv. Pro. No. 21-51163-MFW |
| Defendants. | |

## STATUS REPORT ON PREFERENCE ACTIONS

Cozen O'Connor ("Cozen"), as general counsel to the plaintiff, Jeoffrey L. Burtch, the duly appointed Chapter 7 Trustee (the "Trustee" and/or "Plaintiff") for the bankruptcy estate of the above-captioned debtor, hereby submits the following status report on the preference actions commenced by the Plaintiff on September 15, 2021 and September 16, 2021. In support, the Trustee respectfully states:

1. The Trustee filed with the Court twelve (12) adversary proceedings against various parties seeking, among other things, to avoid and recover preferential transfers pursuant to sections 547 and 550 of the Bankruptcy Code (collectively, the "Adversary Proceedings").

2. Since the filing of the Adversary Proceedings:

   A. in one (1) of the Adversary Proceedings, the Trustee filed a Notice of Dismissal and the Clerk's office closed the Adversary Proceeding on January 11, 2022;

   B. in two (2) of the Adversary Proceedings, the Trustee is reviewing Defendants' position papers, as identified on **Status "B"** attached hereto;

   C. in one (1) of the Adversary Proceedings, the Trustee has determined that this defendant is in default and will proceed with filing a motion for entry of default and default judgment, as identified on **Status "C"** attached hereto;

   D. in seven (7) of the Adversary Proceedings, the parties have tentatively settled the Adversary Proceeding, as identified on **Status "E"** attached hereto; and

E. in one (1) of the Adversary Proceedings, service is complete, an answer has been filed, and the Trustee is currently reviewing Defendant's position papers, as identified on **Status "F"** attached hereto.

| | |
|---|---|
| Dated:  January 28, 2022 | COZEN O'CONNOR |

*/s/Gregory F. Fischer*
Mark E. Felger (No. 3919)
Gregory F. Fischer (No. 5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
T: (302) 295-2000
F: (302) 295-2013
mfelger@cozen.com
gfischer@cozen.com

*Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*

| STATUS "A" CONTESTED PREFERENCE ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| None | | |

| STATUS "B" CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| Cosmetic Laser Dermatology, Inc. | 21-51162 | Trustee has recently received Defendant's position papers and is evaluating same. |
| AndersonBrecon Inc. | 21-51164 | Extension granted to Defendant pending Trustee's review of Defendant's position papers. |

| STATUS "C" CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETED, NO ANSWERS HAVE BEEN FILED.  THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| Kaiser Associates, Inc. | 21-51166 | Trustee has determined this defendant is in default and will proceed to file Request for Default/Default Judgment. |

| STATUS "D" <br> PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENT EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| None | | |

| STATUS "E" <br> PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| Skin Laser & Surgery Specialists of New York and New Jersey, L.L.C. | 21-51163 | A settlement has been reached in principle and the parties have documented and executed a settlement agreement memorializing the terms of the settlement. The Trustee will proceed with preparation and filing of a FRBP 9019 omnibus motion. |
| Pay Governance LLC | 21-51165 | A settlement has been reached in principle and the parties have documented and executed a settlement agreement memorializing the terms of the settlement. The Trustee will proceed with preparation and filing of a FRBP 9019 omnibus motion. |
| Canfield Scientific, Inc. | 21-51169 | A settlement has been reached in principle and the parties have documented and executed a settlement agreement memorializing the terms of the settlement. The Trustee will proceed with preparation and filing of a FRBP 9019 omnibus motion. |
| Innovaderm Research, Inc. | 21-51170 | A settlement has been reached in principle and the parties have documented and executed a settlement agreement memorializing the terms of |

| | | the settlement. The Trustee will proceed with preparation and filing of a FRBP 9019 omnibus motion. |
|---|---|---|
| Adelphi Values LLC | 21-51171 | A settlement has been reached in principle and the parties have documented and executed a settlement agreement memorializing the terms of the settlement. The Trustee will proceed with preparation and filing of a FRBP 9019 omnibus motion. |
| Knobbe Martens Olson & Bear LLP | 21-51172 | A settlement has been reached in principle and the parties have documented and executed a settlement agreement memorializing the terms of the settlement. The Trustee will proceed with preparation and filing of a FRBP 9019 omnibus motion. |
| MAPI Life Sciences Canada Inc. | 21-51173 | A settlement has been reached in principle and the parties have documented and executed a settlement agreement memorializing the terms of the settlement. The Trustee will proceed with preparation and filing of a FRBP 9019 omnibus motion. |

| **STATUS "F"** <br> **CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:** | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| CPA Global Limited | 21-51168 | Answer filed by Defendant. Trustee is currently reviewing Defendant's position papers. |

| STATUS "G" <br> **CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:** | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| None | | |

| STATUS "H" <br> **CONTESTED PREFERENCE ACTIONS READY FOR TRIAL:** | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| None | | |

| STATUS "I" <br> **CONTESTED PREFERENCE ACTIONS WHERE DISPOSITIVE MOTIONS PENDING:** | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| None | | |

| STATUS "J" <br> **CONTESTED PREFERENCE ACTIONS WHICH ARE STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION AFFECTING A PARTY IN THIS MATTER:** | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| None | | |

| STATUS "K" <br> **LIST ALL CASES WHICH AN APPEAL IS PENDING** | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| None | | |