IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SIENNA BIOPHARMACEUTICALS, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-12051 (MFW) |
| JEOFFREY L. BURTCH, not individually, but solely in his capacity as chapter 7 trustee for the bankruptcy estate of Sienna Biopharmaceuticals, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>PAY GOVERNANCE LLC,<br><br>Defendants. | Adv. Pro. No. 21-51165-MFW |

## NOTICE OF ORDER APPROVING SETTLEMENT OF AVOIDANCE CLAIM

**PLEASE TAKE NOTICE** that on June 3, 2022 the *Order Granting First Omnibus Motion of Chapter 7 Trustee for an Order Approving Settlements of Certain Avoidance Claims Pursuant to Fed. R. Bankr. P. 9019* (the "Order") was entered by the Court [docket no. 411].

**PLEASE TAKE FURTHER NOTICE** that the Order authorizes the Chapter 7 Trustee to take any and all actions as may be necessary or appropriate to implement the terms and provisions of the Settlements[1].

**PLEASE TAKE FURTHER NOTICE** that the above-captioned adversary proceeding may be closed without further action by the Trustee.

Dated: June 16, 2022

COZEN O'CONNOR

*/s/ Gregory F. Fischer*
Gregory F. Fischer (DE No. 5269)
1201 N. Market Street, Suite 1001
Wilmington, DE  19801
(302) 295-2017
gfischer@cozen.com
*Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*

---

[1] Capitalized terms shall have the same meanings ascribed in the Motion unless otherwise defined herein.