## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| SIENNA BIOPHARMACEUTICALS, INC., | Case No. 19-12051 (MFW) |
| Debtor. | |
| JEOFFREY L. BURTCH, not individually, but solely in his capacity as chapter 7 trustee for the bankruptcy estate of Sienna Biopharmaceuticals, Inc., | |
| Plaintiff, | |
| v. | |
| ADELPHI VALUES LLC, | Adv. Pro. No. 21-51171-MFW |
| ANDERSONBRECON INC. d/b/a PCI PHARMA SERVICES, | Adv. Pro. No. 21-51164-MFW |
| CANFIELD SCIENTIFIC, INC., | Adv. Pro. No. 21-51169-MFW |
| COSMETIC LASER DERMATOLOGY, INC., | Adv. Pro. No. 21-51162-MFW |
| CPA GLOBAL LIMITED, | Adv. Pro. No. 21-51168-MFW |
| INNOVADERM RESEARCH INC., | Adv. Pro. No. 21-51170-MFW |
| IQVIA BIOTECH LLC | Adv. Pro. No. 21-51167-MFW |
| KAISER ASSOCIATES, INC., | Adv. Pro. No. 21-51166-MFW |
| KNOBBE MARTENS OLSON & BEAR LLP, | Adv. Pro. No. 21-51172-MFW |
| MAPI LIFE SCIENCES CANADA INC., | Adv. Pro. No. 21-51173-MFW |
| PAY GOVERNANCE LLC, | Adv. Pro. No. 21-51165-MFW |
| SKIN LASER & SURGERY SPECIALISTS OF New York & New Jersey, L.L.C., | Adv. Pro. No. 21-51163-MFW |
| Defendants. | |

## STATUS REPORT ON PREFERENCE ACTIONS

Cozen O'Connor ("Cozen"), as general counsel to the plaintiff, Jeoffrey L. Burtch, the duly appointed Chapter 7 Trustee (the "Trustee" and/or "Plaintiff") for the bankruptcy estate of the above-captioned debtor, hereby submits the following status report on the preference actions commenced by the Plaintiff on September 15, 2021 and September 16, 2021. In support, the Trustee respectfully states:

1.      The Trustee filed with the Court twelve (12) adversary proceedings against various parties seeking, among other things, to avoid and recover preferential transfers pursuant to sections 547 and 550 of the Bankruptcy Code (collectively, the "Adversary Proceedings").

2.      Since the filing of the Adversary Proceedings:

  A.  in one (1) of the Adversary Proceedings, the Trustee filed a *Notice of Dismissal* and the Clerk's office closed the Adversary Proceeding (*Burtch v. IQVIA Biotech LLC*, Adv. Pro. No. 21-51167-MFW) on January 11, 2022;

  B.  in one (1) of the Adversary Proceedings, the Trustee filed *Plaintiff's Request for Entry of Default* and *Plaintiff's Request for Default Judgment*, both of which were granted and the Clerk's office closed the Adversary Proceeding (*Burtch v. Kaiser Associates, Inc.*, Adv. Pro. No. 21-51166-MFW) on June 10, 2022; and

  C.  in ten (10) of the Adversary Proceedings, the parties have settled the Adversary Proceedings and the terms of settlement were approved by the Court through the entry of the *Order Granting First Omnibus Motion of Chapter 7 Trustee for an Order Approving Settlements of Certain Avoidance Claims Pursuant to Fed. R. Bankr. P. 9019* [Dkt. No. 411] on June 3, 2022, as identified on **Status "D"** attached hereto.

Dated:  September 12, 2022                    COZEN O'CONNOR

                                              */s/Gregory F. Fischer*
                                              Mark E. Felger (No. 3919)
                                              Gregory F. Fischer (No. 5269)
                                              1201 N. Market Street, Suite 1001
                                              Wilmington, DE 19801
                                              T: (302) 295-2000
                                              F: (302) 295-2013
                                              mfelger@cozen.com
                                              gfischer@cozen.com

                                              *Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*

| STATUS "A" CONTESTED PREFERENCE ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| None | | |

| STATUS "B" CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| None | | |

| STATUS "C" CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETED, NO ANSWERS HAVE BEEN FILED.  THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| None | | |

| STATUS "D" PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENT EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS: | | |
|---|---|---|
| **Defendant's Name** | **Adversary Number** | **Status** |
| Cosmetic Laser Dermatology, Inc. | 21-51162 | This matter has been settled, and the terms of settlement were approved by the order granting the Trustee's first omnibus FRBP 9019 motion on June 3, 2022. *See* Dkt. No. 411. The |

| | | |
|---|---|---|
| | | Trustee requests that the Adversary Proceeding be closed. |
| Skin Laser & Surgery Specialists of New York and New Jersey, L.L.C. | 21-51163 | This matter has been settled, and the terms of settlement were approved by the order granting the Trustee's first omnibus FRBP 9019 motion on June 3, 2022. *See* Dkt. No. 411. The Trustee requests that the Adversary Proceeding be closed. |
| AndersonBrecon Inc. | 21-51164 | This matter has been settled, and the terms of settlement were approved by the order granting the Trustee's first omnibus FRBP 9019 motion on June 3, 2022. *See* Dkt. No. 411. The Trustee requests that the Adversary Proceeding be closed. |
| Pay Governance LLC | 21-51165 | This matter has been settled, and the terms of settlement were approved by the order granting the Trustee's first omnibus FRBP 9019 motion on June 3, 2022. *See* Dkt. No. 411. The Trustee requests that the Adversary Proceeding be closed. |
| Canfield Scientific, Inc. | 21-51169 | This matter has been settled, and the terms of settlement were approved by the order granting the Trustee's first omnibus FRBP 9019 motion on June 3, 2022. *See* Dkt. No. 411. The Trustee requests that the Adversary Proceeding be closed. |
| Innovaderm Research, Inc. | 21-51170 | This matter has been settled, and the terms of settlement were approved by the order granting the Trustee's first omnibus FRBP 9019 motion on June 3, 2022. *See* Dkt. No. 411. The Trustee requests that the Adversary Proceeding be closed. |
| Adelphi Values LLC | 21-51171 | This matter has been settled, and the terms of settlement were approved by the order granting the Trustee's first omnibus FRBP 9019 motion on June |

| | | 3, 2022. *See* Dkt. No. 411. The Trustee requests that the Adversary Proceeding be closed. |
|---|---|---|
| Knobbe Martens Olson & Bear LLP | 21-51172 | This matter has been settled, and the terms of settlement were approved by the order granting the Trustee's first omnibus FRBP 9019 motion on June 3, 2022. *See* Dkt. No. 411. The Trustee requests that the Adversary Proceeding be closed. |
| MAPI Life Sciences Canada Inc. | 21-51173 | This matter has been settled, and the terms of settlement were approved by the order granting the Trustee's first omnibus FRBP 9019 motion on June 3, 2022. *See* Dkt. No. 411. The Trustee requests that the Adversary Proceeding be closed. |
| CPA Global Limited | 21-51168 | This matter has been settled, and the terms of settlement were approved by the order granting the Trustee's first omnibus FRBP 9019 motion on June 3, 2022. *See* Dkt. No. 411. The Trustee requests that the Adversary Proceeding be closed. |

**STATUS "E"**

**PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:**

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| None | | |

**STATUS "F"**

**CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:**

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| None | | |

### STATUS "G"
### CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| None | | |

### STATUS "H"
### CONTESTED PREFERENCE ACTIONS READY FOR TRIAL:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| None | | |

### STATUS "I"
### CONTESTED PREFERENCE ACTIONS WHERE DISPOSITIVE MOTIONS PENDING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| None | | |

### STATUS "J"
### CONTESTED PREFERENCE ACTIONS WHICH ARE STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION AFFECTING A PARTY IN THIS MATTER:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| None | | |

### STATUS "K"
### LIST ALL CASES WHICH AN APPEAL IS PENDING

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| None | | |